**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Joseph E. WILSON, Defendant–**
**Appellant.**

**No. 10–20182**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

May 25, 2011.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Mark J. Ash, Mark Ash & Associates, P.C., Houston, TX, for Defendant–Appellant.

Before KING, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Joseph E. Wilson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967) and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Wilson has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to

withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.